JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN GORECKI, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>GOLDEN CORRAL CORPORATION,<br>a North Carolina Corporation,<br><br>        Defendant. | Case No. 2:16-cv-08209-ODW-E<br><br>**ORDER OF DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>Complaint Filed: November 3, 2016<br>Trial Date:      None<br>District Judge:  Hon. Otis D. Wright, II<br>                 Courtroom 5D, 1st St. |

The Court, having considered the Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed with prejudice.  Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated February 14, 2017                             _____
                                                    HONORABLE OTIS D. WRIGHT, II
                                                    UNITED STATES DISTRICT COURT